

# COURT OF APPEALS
## SECOND DISTRICT OF TEXAS
## FORT WORTH

### NO. 02-16-00469-CV

---

M&Z GROUP, LLC; MINHAS
LADIWALLA A/K/A MINHAZ
LADIWALLA A/K/A MINAZ
LADIWALLA; ZEENAT VELJI; S&Z
GROUP, LLC; RAHIM
METALWALA; SANNAH
LADIWALLA; S&K GROUP, LLC;
AND SULAIMAN METALWALA

APPELLANTS

V.

AMS REALTY GROUP, INC. AND
SULEMAN BHIMANI

APPELLEES

----------

FROM THE 342ND DISTRICT COURT OF TARRANT COUNTY
TRIAL COURT NO. 342-273099-14

----------

## MEMORANDUM OPINION[1]

----------

---

[1]*See* Tex. R. App. P. 47.4.

Having considered the petition for permissive interlocutory appeal[2] of Appellants M&Z Group, LLC; Minhas Ladiwalla a/k/a Minhaz Ladiwalla a/k/a Minaz Ladiwalla; Zeenat Velji; S&Z Group, LLC; Rahim Metalwala; Sannah Ladiwalla; S&K Group, LLC; and Sulaiman Metalwala, we deny the petition.[3]

PER CURIAM

PANEL:  GABRIEL, WALKER, and MEIER, JJ.

DELIVERED:  December 30, 2016

---

[2]*See* Tex. Civ. Prac. & Rem. Code Ann. § 51.014(d) (West Supp. 2016); *see also* Tex. R. App. P. 28.3(a), (j).

[3]*See* Tex. Civ. Prac. & Rem. Code Ann. § 51.014(f).